Filed 2/8/23  In re Rodriguez CA5

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| In re | F085153 |
|---|---|
| NAHU SORIA RODRIGUEZ, | (Stanislaus Super. Ct. No. 52042) |
| On Habeas Corpus. | **OPINION** |

## THE COURT*

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Nahu Soria Rodriguez, in pro. per., for Petitioner.

Rob Bonta, Attorney General, Michael P. Farrell, Assistant Attorney General, and Max Feinstat, Deputy Attorney General, for Respondent.

-ooOoo-

Petitioner seeks permission to file a belated notice of appeal under the doctrine of constructive filing.  (*In re Benoit* (1973) 10 Cal.3d 72, 81–82.)  Respondent filed a response to the request stating that petitioner's "allegations appear to be sufficient to make a prima facie showing for relief from default under the Sixth Amendment right to counsel.  (*Roe v. Flores-Ortega* (2000) 528 U.S. 470, 480.)"

We conclude petitioner is entitled to relief.

---

\*       Before Levy, Acting P. J., Peña, J. and Snauffer, J.

## DISPOSITION

Petitioner is granted leave to file a notice of appeal on or before 60 days from the date of this order in Stanislaus County Superior Court case No. 52042.

Let a writ of mandate issue directing the Clerk of the Stanislaus County Superior Court to file said request in its case No. 52042, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives said request on or before 60 days of the date of this order.

This opinion is final forthwith as to this court.